# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 13-5204** |
| **GOVERNOR BOBBY JINDAL, et al.** | **SECTION: "G"(1)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that Petitioner, Baron Johnson's petition for federal habeas corpus relief is **DISMISSED WITHOUT PREJUDICE.**

**NEW ORLEANS, LOUISIANA**, this __30th__ day of September, 2014.

_____
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**